# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# MISCELLANEOUS CASE NO. 3:22-mc-  85

| | |
|---|---|
| IN RE: THE APPOINTMENT OF A )<br>MERIT SELECTION PANEL )<br>FOR THE UNITED STATES )<br>MAGISTRATE JUDGE POSITION )<br>IN THE CHARLOTTE DIVISON ) | **ORDER** |

This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering applicants for the position of full time United States Magistrate Judge for the United States District Court, Western District of North Carolina.

Pursuant to Title 28, Section 631(b) (5) a Magistrate Judge is appointed pursuant to standards and procedures promulgated by the Judicial Council of the United States. These Judicial Conference standards and procedures, and the mandatory rules governing the appointment process are contained in the booklet "Selection, Appointment, and Reappointment of United States Magistrate Judges "published by the Administrative Office of the U.S. Courts, revised October of 2016. These standards and procedures provide for the establishment by the district court of a Merit Selection Panel (Panel) to assist the district judges in their selection of a magistrate judge. The Panel is composed of ten members, including two lay persons.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina to assist this court with selecting a United States Magistrate Judge for the United States District Court of the Western District of North Carolina.

Merit Selection Panel members are hereby advised that to be considered for a future magistrate judge position with this court, one year must have elapsed between the application deadline for the announced position and the date the Panel submits its report to the court regarding the present position. This provision of this Order satisfies the requirement that Panel members be advised in writing of this restriction on future vacancies.

The Merit Selection Panel shall be chaired by Attorney David Allen, who shall work with the other members of the Panel to establish rules of procedure for the panel to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met. The Clerk of Court shall provide secretariat duties to the Panel.

**IT IS FURTHER ORDERED** that the Panel shall conclude its work and submit to the Honorable Martin Reidinger, Chief U.S. District Court Judge the names of five applicants that it finds most qualified to serve as a United States

magistrate judge and shall submit said five names to the Chief Judge no later than June 30, 2022.

The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet "The Selection, Appointment, and Reappointment of United States Magistrate Judges" as revised October 2016, and other materials which may be of assistance to the Panel. The Clerk shall also send a copy of this Order to the Magistrates Division of the Administrative Office of the U.S. Courts and the Circuit Executive of the Fourth Circuit.

**SO ORDERED THIS** \_\_11\_\_ **DAY** \_\_May\_\_, 2022.

*On Behalf of the Court*:

Martin Reidinger, Chief
United States District Judge

# Members of Merit Selection Panel
## United States Magistrate Judge Position in the Charlotte Division

Attorney David Allen, Chair
505 N. Church Street
Charlotte, NC 28202
dallen@allenchesson.com
704-755-6013

Attorney Elizabeth Greene
Flannery Georgalis, LLC
227 W. Trade St.
Suite 950
Charlotte, NC 28202
egreene@flannerygeorgalis.com
704-651-3078

Attorney Raboteau T. Wilder
Wilder and Pantazis
3501 Monroe Road
Charlotte, NC 28205
704-342-2243
rob@wilderlawgroup.com

Attorney Lawrence Cameron, AUSA
U.S. Attorney's Office
227 West Trade St.
Suite 1650
Charlotte, NC 28202
Lawrence.cameron@usdoj.gov

Attorney Mekka Jeffers-Nelson
PO Box 49631
Charlotte, NC 28227
704-348-1421
Jnelson166@aol.com

Attorney James P. Cooney, III
Womble Bond Dickinson
Suite 3500 One Wells Fargo Center
301 S. College St.
Charlotte, NC 28202
704-331-4980
Jim.cooney@wbd-us.com

Chris Swecker
1506 Hugh Forest Road
Charlotte NC 28270
704-277-1024
Chris.swecker@gmail.com

Patrick Mumford
2208 Dilworth Road West
Charlotte, NC 28203
patrick@gastonbusiness.com
704-724-4744

Attorney Russ Ferguson
301 S. College St.
Suite 3500
Charlotte, NC 28202
Russ.Ferguson@wbd-us.com
704-331-4900

Attorney Fredilyn Sison
Office of Federal Defender
One Page Ave.
Room 210
Asheville, NC 28801
Fredilyn_sison@fd.org
828-210-7576